UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THANT NYI SOE,

Petitioner,

v.

UNKNOWN PARTY et al.,

Respondents.

Case No. 1:26-cv-2441

Honorable Jane M. Beckering

## ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an Order entered on August 31, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) Respondents filed their response on September 3, 2026. (ECF No. 4).

In Petitioner's § 2241 petition, Petitioner challenges the lawfulness of his current detention and asks the Court to, *inter alia*, issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to release Petitioner or provide Petitioner with a constitutionally adequate bond hearing. (Pet., ECF No. 1, PageID.14–15.) In their response, Respondents indicate that Petitioner was scheduled for a bond redetermination hearing on September 4, 2026. (Resp., ECF No. 4, PageID.22; Notice, ECF No. 4-1, PageID.26.) The parties have not informed this Court of the outcome of this hearing.

Accordingly,

**IT IS ORDERED** that within two business days, Respondents shall submit a written response setting forth the outcome of the September 4, 2026, custody redetermination hearing. As applicable, Respondents shall include a copy of the Immigration Judge's order for the September 4, 2026, custody redetermination hearing as an exhibit. No further briefing will be permitted at this time.

Dated: September 23, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge